CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:25−mj−00121−DLM−1

| | |
|---|---|
| Case title: USA v. Ortega−Corea | Date Filed: 03/04/2025 |
| | Date Terminated: 03/07/2025 |

Assigned to: Magistrate Judge Douglas L. Micko

**Defendant (1)**

| | |
|---|---|
| **Jairon Ortega−Corea**<br>*TERMINATED: 03/07/2025* | represented by **Daniel P Huddleston**<br>Office of the Federal Defender<br>300 South Fourth Street<br>Ste 107<br>Minneapolis, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: dan_huddleston@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 03/04/2025*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1791 | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Lindsey E. Middlecamp**<br>DOJ–USAO<br>US Attorney's Office<br>300 South Fourth Street<br>Ste 600<br>Minneapolis, MN 55415<br>612−664−5600<br>Fax: 612−664−5787<br>Email: lindsey.middlecamp@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2025 | 8 | ORDER OF REMOVAL to District of Eastern District of New York as to Jairon Ortega−Corea. Signed by Magistrate Judge Douglas L. Micko on 3/7/2025. (MME) (Entered: 03/07/2025) |
| 03/07/2025 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Jairon Ortega−Corea. Defendant committed to District of Eastern District of New York. Signed by Magistrate Judge Douglas L. Micko on 3/7/2025. (MME) (Entered: 03/07/2025) |
| 03/07/2025 | 6 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Removal/Detention Hearing as to Jairon Ortega−Corea held on 3/7/2025. Removal Hearing waived – Removal Order to be issued. Defendant reserves the right to the detention hearing for the Eastern District of New York. Commitment to Another District to be Issued. (Court Reporter Tim Willette) (MME) (Entered: 03/07/2025) |
| 03/04/2025 | 4 | NOTICE OF ATTORNEY APPEARANCE for Jairon Ortega−Corea. (Huddleston, Daniel) (Entered: 03/04/2025) |
| 03/04/2025 | 3 | ORDER OF PRELIMINARY DETENTION as to Jairon Ortega−Corea. Detention/Removal Hearing/Preliminary Examination set for 3/7/2025 at 10:30 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Signed by Magistrate Judge Douglas L. Micko on 3/4/2025. (MME) (Entered: 03/04/2025) |
| 03/04/2025 | 2 | Brady Obligation Order as to Jairon Ortega−Corea. Signed by Magistrate Judge Douglas L. Micko on 3/4/2025.(MME) (Entered: 03/04/2025) |
| 03/04/2025 | 1 | |

|  |  | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance in Rule 5(c) (3) Proceedings as to Jairon Ortega–Corea held on 3/4/2025. Counsel appointed. Defendant ordered temporarily detained. Detention Hearing, Preliminary Examination, and Removal Hearing set for 3/7/2025 at 10:30 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. (Digital Recording) (MME) (Entered: 03/04/2025) |
|---|---|---|
| 03/04/2025 |  | Arrest (Rule 5) of Jairon Ortega–Corea (MME) (Entered: 03/04/2025) |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-mj-121 DLM |
| Plaintiff, | |
| v. | |
| Jairon Ortega-Corea, | **ORDER OF REMOVAL** |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge for a detention and removal hearing on March 7, 2025. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Eastern District of New York, and he is ordered removed to that district for further proceedings.

Dated: March 7, 2025

 *s/ Douglas L. Micko*
 Douglas L. Micko
 United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
для the
District of Minnesota

| | |
|---|---|
| United States of America, *Plaintiff,* | ) ) Case No. 25-mj-121 DLM ) |
| v. | ) Charging District's Case No. 25-cr-83 ) |
| Jairon Ortega-Corea, *Defendant.* | ) ) |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of New York.

The defendant:    _ will retain an attorney.

      X is requesting court-appointed counsel.

The defendant remains in custody after the reserving the right to a detention hearing for the Eastern District of New York.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 7, 2025                           *s/ Douglas L. Micko*
                                                          *Judge's signature*

                                            DOUGLAS L. MICKO, United States Magistrate Judge
                                                       *Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| v. | Case No: 25-mj-121 DLM |
|  | Date: March 7, 2025 |
| Jairon Ortega-Corea, | Court Reporter: Tim Willette |
|  | Courthouse: St. Paul |
| Defendant. | Courtroom: 6B |
|  | Time Commenced: 10:32 a.m. |
|  | Time Concluded: 10:36 a.m. |
|  | Time in Court: 4 minutes |

X **REMOVAL HEARING** – Time in Court: 2 minutes
X **DETENTION HEARING** – Time in Court: 2 minutes

APPEARANCES:

Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
Defendant: Dan Huddleston
      X FPD

On    X Indictment

X **Charges from other District:** Eastern District of New York
X Case No. 25-cr-83

X Defendant waived right to removal hearing. Removal Order to be Issued.

X Defendant reserves the right to the detention hearing for the Eastern District of New York.
X Defendant Ordered Detained.
X Commitment to Another District to be Issued.

 

                                                                                         *s/nah*
                                                      Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 25MJ121 DLM |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| JAIRON ORTEGA-COREA, ) | |
| ) | |
| Defendant. | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Dan Huddleston shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 04, 2025

*s/Dan Huddleston*
DAN HUDDLESTON
Attorney ID No. 1031856FL
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,            Case No: 25-mj-121 DLM

         Plaintiff,

v.

                                                 ORDER OF PRELIMINARY
                                                 DETENTION PENDING HEARING
                                                 PURSUANT TO BAIL REFORM ACT

Jairon Ortega-Corea,

         Defendant.

Upon motion of the United States it is ORDERED that a detention/removal/preliminary examination hearing is set for March 7, 2025 at 10:30 a.m. before Magistrate Judge Douglas L. Micko, CR 6B, Warren E. Burger Building and U.S. Courthouse, St. Paul, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: March 4, 2025                                *s/Douglas L. Micko*
                                                              Douglas L. Micko
                                                              U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,　　　　　　　　Case No: 25-mj-121 DLM

　　　　　Plaintiff,

v.
　　　　　　　　　　　　　　　　　　　　　**Brady Obligation Order**

Jairon Ortega-Corea,

　　　　　Defendant.

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

　　**IT IS SO ORDERED.**

　　Dated: March 4, 2025　　　　　　　　　　　　*s/ Douglas L. Micko*
　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Micko
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Jairon Ortega-Corea,

    Defendant.

| | |
|---|---|
| Case No: | 25-mj-121 DLM |
| Date: | March 4, 2025 |
| Courthouse: | St Paul |
| Courtroom: | 6B |
| Time Commenced: | 1:52 p.m. |
| Time Concluded: | 2:03 p.m. |
| Time in Court: | 11 minutes |

APPEARANCES:
    Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
    Defendant: Dan Huddleston, Assistant Federal Public Defender
    X FPD    X To be appointed

X Advised of Rights

on  X Complaint

X Date charges or violation filed: February 18, 2025
X Current Offense: Knowingly and intentionally provided and attempted to provide prohibited objects to one or more inmates at the Metropolitan Detention Center in Brooklyn.
X **Charges from other District:** Eastern District of New York
X Title and Code of underlying offense from other District: 18:1791
X Case no: 25-mj-56

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Friday, March 7, 2025 at 10:30 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) for:
X Detention hrg    X Removal hrg    X Preliminary Examination

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                      *s/nah*
                                        Signature of Courtroom Deputy

```
MIME-Version:1.0
From:ecf-notice@mnd.uscourts.gov
To:mndecfnotifications@mnd.uscourts.gov
Bcc:
--Case Participants: Lindsey E. Middlecamp (caseview.ecf@usdoj.gov, doua.yang@usdoj.gov,
lindsey.middlecamp@usdoj.gov, thomas.calhoun-lopez@usdoj.gov,
usamn.ecfcriminal@usdoj.gov), Katherian D Roe (katherian_roe@fd.org, lisa_m_smith@fd.org,
sandy_krattley@fd.org, tracey_bodway@fd.org), Magistrate Judge Douglas L. Micko
(ashley_fischer@mnd.uscourts.gov, dlmicko@mnd.uscourts.gov, jen_davison@mnd.uscourts.gov,
jolene_erickson@mnd.uscourts.gov)
--Non Case Participants: Probation/Pretrial Services (mnpdb_cmecf@mnp.uscourts.gov)
--No Notice Sent:

Message-Id:9629981@mnd.uscourts.gov
Subject:Activity in Case 0:25-mj-00121-DLM USA v. Ortega-Corea Arrest - Rule 5
Content-Type: text/html
```

# U.S. District Court

# U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 3/4/2025 at 3:09 PM CST and filed on 3/4/2025

| | |
|---|---|
| **Case Name:** | USA v. Ortega-Corea |
| **Case Number:** | 0:25-mj-00121-DLM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Jairon Ortega-Corea (MME)**


**0:25-mj-00121-DLM-1 Notice has been electronically mailed to:**

Katherian D Roe &nbsp &nbsp katherian_roe@fd.org, Lisa_M_Smith@fd.org, sandy_krattley@fd.org, tracey_bodway@fd.org

Lindsey E. Middlecamp &nbsp &nbsp lindsey.middlecamp@usdoj.gov, CaseView.ECF@usdoj.gov, doua.yang@usdoj.gov, thomas.calhoun-lopez@usdoj.gov, usamn.ecfcriminal@usdoj.gov

**0:25-mj-00121-DLM-1 Notice has been delivered by other means to:**